# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Amerikal Products Corporation

                        Plaintiff,

v.                                              Case No.: 1:24–cv–11292

                                                         Honorable Charles P. Kocoras

Simon Cave, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court reviewed the parties' joint status report [64]. The parties are close to finalizing the terms of their agreement and request additional time to complete certain performance before dismissing the case. If dismissal papers are not filed by 10/31/2025, an updated report is due on that date. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.